**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

H.T.G.,

Petitioner,

v. Action No. 2:25cv458

JEFFREY CRAWFORD,
Abyon-Farmville Detention Center, et al.,

Respondents.

**<u>O R D E R</u>**

On August 23, 2026, respondents, specifically the Department of State, filed a motion for extension of time to complete discovery. ECF No. 57. It is **ORDERED** that petitioner file a response to the motion by **August 31, 2026**, and a reply must be filed by **September 2, 2026**.

The Clerk shall send a copy of this order to all counsel of record.

Robert J. Krask
United States Magistrate Judge

Norfolk, Virginia
August 26, 2026